# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 12, 2021

Bridget M. McCormack,
Chief Justice

162136(68)

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

KEVIN WHITE, JR.,
      Defendant-Appellant.

_____/

SC: 162136
COA: 346661
Livingston CC: 18-025036-FH

On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing his supplemental brief is GRANTED. The supplemental brief will be accepted as timely filed if submitted on or before April 8, 2021.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 12, 2021



Clerk